**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAMON E. ROMAN SOTO,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **CIVIL ACTION** |
| **v.** | **:** | |
| | **:** | **NO. 17-2193** |
| **MATTHEW PERK, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

# O R D E R

**AND NOW,** this 28ᵗʰ day of June, 2017, upon review of the motion to dismiss by the

Honorable Nina Wright Padilla (Docket No. 2) and the plaintiff's response in opposition (Docket

No. 3), **IT IS HEREBY ORDERED** that the motion to dismiss is **GRANTED** and all claims

against Judge Padilla are **DISMISSED WITH PREJUDICE**.


                                        BY THE COURT


                                        */s/ Lawrence F. Stengel*
                                        LAWRENCE F. STENGEL, J.